IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:07-CR-331-BO
No. 5:11-CV-471-BO

| | |
|---|---|
| ANTONIO CAMERON, )<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>Respondent. ) | ORDER |

This matter is before the Court following the appointment of counsel to petitioner to assist with his motion pursuant to 28 U.S.C. § 2255 [DE 89]. Counsel for petitioner has appeared, and has responded to the government's motion to dismiss [DE 94]. Since that time, counsel for petitioner has been permitted access to additional discovery materials, specifically so that a "full and complete response to the Government's motion to dismiss" could be filed [DE 93].

Petitioner is hereby DIRECTED to file within fourteen (14) days of the date of entry of this order either a supplemental response to the government's motion to dismiss or a notice to the Court that supplementation to the response is not warranted or necessary in light of the discovery materials reviewed.

SO ORDERED, this ___6___ day of November, 2012.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE