UNITED STATES DISTRICT COURT
for
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

U.S.A. vs. Antonio Cameron            Docket No. 5:07-CR-331-1BO

### Petition for Action on Supervised Release

COMES NOW Keith W. Lawrence, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Antonio Cameron, who, upon an earlier plea of guilty to Count 1-Possession of Fifteen or More Counterfeit and Unauthorized Access Devices, in violation of 18 U.S.C. § 1029 (a)(3) and Count 2-Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on September 10, 2008, to the custody of the Bureau of Prisons for a term of 120 months on Count 1 and 24 months on Count 2 to run consecutive to Count 1. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court. On January 15, 2010, pursuant to 18 U.S.C. §§ 3742 (f)(1) and 2, the imprisonment term was reduced to 60 months on Count 1 and 24 months on Count 2 to run consecutive to Count 1. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months on Count 1 and one year on Count 2 to run concurrent with Count 1. Furthermore, the defendant was ordered to pay $6,895.41 in restitution. Antonio Cameron was released from custody on February 14, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** In an effort to assist the defendant with job skills and employment, we would respectfully recommend that his supervised release be modified to include cognitive behavioral treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:
The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton | /s/ Keith W. Lawrence |
| Robert L. Thornton | Keith W. Lawrence |
| Supervising U.S. Probation Officer | Senior U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: September 17, 2014 |

### ORDER OF COURT

Considered and ordered this __19__ day of __September__, 2014, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge